# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

United States of America

                      Plaintiff,

v.

Case No.: 1:11−cv−07803

Honorable Milton I. Shadur

Funds in the amount of Five Hundred Seventy−Four Thousand Eight Hundred Forty Dollars ($574,840), et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Motion to strike [14] is entered and continued. Motion to stay [21] is denied. Defendant has two weeks to respond the special interrogatories. Motion hearing held on 2/24/2012. Government counsel is to submit a proposed protective order. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.