UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 7803 |
| | ) | |
| | ) | Judge Milton I. Shadur |
| V. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT | ) | |
| OF $574,840, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| Stephen Unsworth and Rachel Pillsbury, | ) | |
| | ) | |
| Claimants. | ) | |

PROTECTIVE ORDER LIMITING THE DISCLOSURE OF
CLAIMANTS' RESPONSES TO SPECIAL INTERROGATORIES

Pursuant to 18 U.S.C. § 981(g)(3), and upon review and consideration of the parties' request for entry of a Protective Order Limiting Disclosure of Claimants' Responses to Special Interrogatories, IT IS HEREBY ORDERED, that:

A. Claimants shall respond to the United States' Special Interrogatories on or before March 26, 2012;

B. Claimants shall not be required to provide their responses to the plaintiff, United States of America, until this Protective Order Limiting Disclosure of Claimants' Responses to Special Interrogatories is entered by this Court;

C. The United States of America, in the above-captioned matter, and its attorneys shall not disclose the claimants' responses to the Governments Special Interrogatories, except

to the following persons: (1) the assigned Assistant United States Attorney, Daniel E. May, and Assistant United States Attorney, Brian Hayes, Chief, Money Laundering and Asset Forfeiture Section; and (2) any other person only upon the Court's prior consent.

D. Claimants' responses to the Special Interrogatories shall be used only in the litigation of this case, 11 C 7803, and shall not be disclosed without this Court's prior consent;

E. Claimants, by entry of this protective order, do not waive their rights against self-incrimination in providing responses to the Special Interrogatories in this case or any other proceeding;

F. Claimants' attorneys have been afforded the opportunity to review a proposed draft of this Order;

SO ORDERED AND ENTERED:

Dated: March 14, 2012

_____
MILTON I. SHADUR
United States District Judge